Kelly L. Andersen, OSB #791464
KELLY L. ANDERSEN, P.C.
1730 East McAndrews, Suite A
Medford, OR 97504
Telephone: (541) 773-7000
Facsimile: (541) 608-0535
kelly@andersenlaw.com

   Attorneys for Plaintiffs

Eric S. DeFreest, OSB No. 920475
edefreest@luvaascobb.com
LUVAAS COBB
777 High Street, Suite 300
Eugene, Oregon 97401
Telephone: (541) 484-9292
Telefax: (541) 343-1206

   Attorneys for Defendant Timber Products Co. Limited Partnership

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES CLARE, JR. and KATHY CLARE, husband and wife,<br><br>   Plaintiffs,<br><br>vs.<br><br>TIMBER PRODUCTS CO. LIMITED PARTNERSHIP, an Oregon Corporation, doing business as "Timber Products Company;" and TP TRUCKING, LLC, an Oregon corporation,<br><br>   Defendants. | Case No. 11-3024-CL<br><br>**STIPULATED NOTICE OF DISMISSAL** |

The parties hereby stipulate and notify the court that Plaintiffs and Defendant Timber Products Co. Limited Partnership have reached a resolution of this matter and that judgment of

///

///

STIPULATED NOTICE OF DISMISSAL -1



dismissal shall be entered with prejudice and without costs to any party.

KELLY L. ANDERSEN, P.C.

By: _____
    Kelly L. Andersen, OSB #791464
    Of Attorneys for Plaintiffs

LUVAAS COBB

By: _____
    Eric S. DeFreest, OSB #920475
    Of Attorneys for Defendant Timber Products
    Co. Limited Partnership

STIPULATED NOTICE OF DISMISSAL -2

LUVAAS COBB
ATTORNEYS AT LAW
777 High Street, Suite 300
Post Office Box 10747
Eugene, OR 97440-2747
Phone: 541-484-9292
Fax: 541-343-1206